UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARK GREEN,

                                           Petitioner,

          - against -

JAMES J. WALSH,

                                           Defendant.
------------------------------------------------------------ x

**ORDER**
03 cv 908 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 10 2008

GEORGE B. DANIELS, United States District Court Judge:

Petitioner's "Motion for Reargument or Reconsideration of Appeal Identification Dispute" (Document No. 28), filed with this Court, is DENIED.

Dated: December 9, 2008
          New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge